IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18CV197-GCM

| | |
|---|---|
| TERESA BYERLY,<br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Commissioner<br>of Social Security,<br>    Defendant. | ORDER |

This matter is before the Court upon both the Plaintiff and Defendant's Motions for Summary Judgment. The Court held a hearing in this matter on November 21, 2019. For the reasons stated in the hearing,

IT IS THEREFORE ORDERED THAT the Plaintiff's Motion for Summary Judgment is hereby GRANTED and the Commissioner's Motion for Summary Judgment is hereby DENIED. This matter is remanded for further consideration.

Signed: November 22, 2019

Graham C. Mullen
United States District Judge